## UNITED STATES of America, Plaintiff-Appellee

### v.

## Carlos Antonio NOYOLA-BARRIEN-TOS, Defendant-Appellant

### No. 17-40603
### Conference Calendar

United States Court of Appeals, Fifth Circuit.

Filed December 20, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Carlos Antonio Noyola-Barrientos, Pro Se

Before JONES, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Carlos Antonio Noyola-Barrientos has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Noyola-Barrientos has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal pres-

ents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

## UNITED STATES of America, Plaintiff-Appellee

### v.

## Fredrick ROSE, Defendant-Appellant

### No. 17-50063
### Conference Calendar

United States Court of Appeals, Fifth Circuit.

Filed December 20, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Fredrick Rose, Pro Se

Before JONES, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Fredrick Rose has moved for leave to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be .

withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rose has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Steve Maurice TYLER, Defendant-Appellant**

**No. 17-50081**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed December 20, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Steve Maurice Tyler, Pro Se

Before JONES, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Steve Maurice Tyler has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Tyler has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.